UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION

LYDIA ANN BELL,

                Plaintiff,    CASE NO.: 5:22-cv-01426-PVC

   -v-

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

                Defendant.

**ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)**

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees and expenses are awarded in the amount of Two Thousand Nine Hundred Four Dollars and Seventy-Five Cents ($2,904.75) and costs in the amount of Zero Dollars ($0.00), subject to the terms of the stipulation. It is so Ordered.

Date: April 3, 2023

_____
Hon. Pedro V. Castillo
United States Magistrate Judge

1